CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−00878−DMC−MF

CULLOM v. DAVOL INC. et al
Assigned to: Judge Dennis M. Cavanaugh
Referred to: Magistrate Judge Mark Falk
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/15/2008
Date Terminated: 04/24/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**BONNIE REA CULLOM** represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN &ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201−5402
(516) 466−6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/15/2008 | " 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 1867214.) JURY DEMAND, filed by BONNIE REA CULLOM. (Attachments: # 1 CIV COV SHT, # 2 SMS−1, # 3 SMS−2)(dr, ) (Additional attachment(s) added on 2/20/2008: # 4 SUMMONS) (dr, ). (Entered: 02/20/2008) |
| 02/28/2008 | " 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due − 20. MLD TO COUNSEL(dr, ) Modified on 3/3/2008 (dr, ). (Entered: 02/28/2008) |
| 04/24/2008 | " 3 | Certified copy of MDL ORDER transferring action to the District of Rhode Island. Signed by Judge No Judge Assigned on 04/24/2008. (nr, ) (Entered: 04/24/2008) |
| 04/24/2008 | " | ***Civil Case Terminated. (nr, ) (Entered: 04/24/2008) |